UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LOUIS WILBERT BOYD, JR. | CIVIL ACTION |
| VERSUS | NO. 09-7641 |
| KELLY LASHER ET AL. | SECTION "I" (2) |

## O R D E R

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Louis Wilbert Boyd, Jr., which is hereby **OVERRULED**, approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint asserting claims pursuant to 42 U.S.C. § 1983 are hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2).

New Orleans, Louisiana, this 5th day of February, 2010.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE